BRETT L. TOLMAN, United States Attorney (#8821)
STEPHEN J. SORENSON, Assistant United States Attorney (#3049)
District of Utah

RONALD J. TENPAS
Assistant Attorney General
ROBERT D. BROOK (pro hac vice)
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 514-2738
Attorneys for Plaintiff United States of America

CHRISTIAN C. STEPHENS (USB No. 9068)
Assistant Attorney General
MARK L. SHURTLEFF (USB No. 4666)
Utah Attorney General
160 East 300 South, 5th Floor
Salt Lake City, Utah 84114-0873
Telephone: 801-536-4137
Attorneys for Plaintiff State of Utah

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| and | ) Case no. 1:08cv0041 TS<br>) |
| STATE OF UTAH, | ) MOTION FOR ENTRY<br>) OF CONSENT DECREE |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| HOLLY REFINING & MARKETING<br>COMPANY - WOODS CROSS, | )<br>)<br>) |
| Defendant. | )<br>) |

On April 21, 2008, the United States of America ("United States") lodged with this Court a proposed Consent Decree agreed to by the United States of America, the State of Utah and Holly Refining & Marketing Company - Woods Cross ("Holly"). The Consent Decree resolves the claims set forth in the Complaint also filed on April 21, 2008. Pursuant to 28 C.F.R. § 50.7 and Paragraph 260 of the proposed Consent Decree, the Consent Decree was lodged subject to a thirty day public comment period.

Public notice of the Consent Decree was published in the Federal Register on April 28, 2008. *See* 73 Fed. Reg. 22974 (April 28, 2008). More than thirty days have elapsed since the publication of the notice and no comments on the Decree were received. The proposed decree is fair, adequate and reasonable and is not illegal, a product of collusion, or against the public interest. Plaintiff respectfully requests that the Court sign and enter the proposed Consent Decree.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

ROBERT D. BROOK (pro hac vice)
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-2738

## CERTIFICATE OF SERVICE

I hereby certify that **MOTION FOR ENTRY OF CONSENT DECREE** and **MEMORANDUM IN SUPPORT OF MOTION TO ENTER CONSENT DECREE** in <u>United States and State of Utah v. Holly Refining & Marketing Company</u>, Civil Action No. 08-cv-00041 (D. Utah) is being filed electronically and will be available for viewing and downloading from the Electronic Case Filing ("ECF") system.

In addition, a copy is being provided via U.S. Mail, postage prepaid, to the following counsel for Defendants:

Theodore L. Garrett, Esq.
Covington & Burling
1201 Pennsylvania Ave, NW
Washington, D.C.  20004-2401

<u>Filed electronically</u> this 30th day of May, 2008.

/s/ Robert D. Brook

_____
ROBERT D. BROOK